UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

ROBERT JAMES BOWDEN,

    Plaintiff,        Case No. 1:07-cv-938

v.               Honorable Wendell A. Miles

STANLEY LATRELLE et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

  This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On October 3, 2007, the Court entered an order of deficiency (docket #2) because Plaintiff had failed to pay the $350.00 civil action filing fee or to file the as required by 28 U.S.C. § 1915(a)(2) to apply to proceed *in forma pauperis*. The Court allowed thirty days for Plaintiff to comply. Plaintiff was warned that if he failed to comply, the Court would presume that he was not proceeding *in forma pauperis*, assess the entire filing fee, and dismiss his case for want of prosecution.

  More than thirty days have elapsed. Plaintiff failed to pay the $350.00 civil action filing fee or to submit the requisite documents to apply to proceed *in forma pauperis*. Because Plaintiff has wholly failed to comply with the Court's order, dismissal of this action without prejudice for want of prosecution is appropriate. Therefore:

  IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.

Dated: November 19, 2007        /s/ Wendell A. Miles
                  Wendell A. Miles
                  Senior United States District Judge